No. 24-3654

In the

# United States Court of Appeals For the Sixth Circuit

IN RE FIRSTENERGY CORP. SECURITIES LITIGATION,

On Petition for a Writ of Mandamus to the
United States District Court
for the Southern District of Ohio
No. 2:20-cv-3785
Hon. Algenon L. Marbley

**MOTION OF 39 LAW FIRMS FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**

Brendan F. Quigley
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.408.2520
Facsimile: 212.259.2520
brendan.quigley@bakerbotts.com

Roy T. Englert, Jr.
Matthew M. Madden
Mark H. Russell
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: 202.471.3043
Facsimile: 202.775.4510
renglert@kramerlevin.com

*Counsel for Amici Curiae*

August 5, 2024

*Amici*, listed in the Appendix to the proposed brief, are 39 law firms that companies frequently retain to conduct internal investigations and provide resulting legal advice. *Amici* have a strong interest in ensuring that the attorney-client privilege and work-product doctrine clearly protect from disclosure the confidential communications necessary to the success of these kinds of investigations.

*Amici*'s views may help the Court to understand the practical implications of the ruling that is challenged by the mandamus petition. Those views are shaped by years of conducting highly sensitive and high-stakes investigations for the largest corporations.

A proposed brief was filed contemporaneously with this motion.

Dated August 5, 2024:

| | |
|---|---|
| | */s/ Roy T. Englert, Jr.* |
| Brendan F. Quigley | Roy T. Englert, Jr. |
| BAKER BOTTS L.L.P. | Matthew M. Madden |
| 30 Rockefeller Plaza | Mark H. Russell |
| New York, NY 10112 | KRAMER LEVIN NAFTALIS & |
| Telephone: 212.408.2520 | FRANKEL LLP |
| Facsimile: 212.259.2520 | 2000 K Street NW, 4th Floor |
| brendan.quigley@bakerbotts.com | Washington, DC 20006 |
| | Telephone: 202.471.3043 |
| | Facsimile: 202.775.4510 |
| | renglert@kramerlevin.com |

*Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 32(g) and 6th Circuit Rule 32, I certify that this motion complies with the type-volume limit of Fed. R. App. P. 29(a)(5) because this motion contains 103 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(2) and the type-style requirements of Fed. R. App. P 32(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016, Times New Roman, 14-point font.

/s/  Roy T. Englert, Jr.
Roy T. Englert, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 5, 2024. All participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Roy T. Englert, Jr.
Roy T. Englert, Jr.