UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3654**

Case Title: **In re: FirstEnergy Corporation** vs. _____

List all clients you represent in this appeal:

> **Plaintiffs-Respondents Los Angeles County Employees Retirement Association, Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☑ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jason A. Forge**     Signature: s/ **Jason A. Forge**

Firm Name: **Robbins Geller Rudman & Dowd LLP**

Business Address: **655 West Broadway, Suite 1900**

City/State/Zip: **San Diego, CA 92101**

Telephone Number (Area Code): **(619) 231-1058**

Email Address: **jforge@rgrdlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17