No. 24-3654

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 6, 2025
KELLY L. STEPHENS, Clerk

In re: FIRSTENERGY CORPORATION,  )
  ) O R D E R
Petitioner.  )

Before: SUTTON, Chief Judge; BATCHELDER and NALBANDIAN, Circuit Judges.

The court received a petition for rehearing or rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The panel notes that the petition is premised on the idea that the mandamus decision applies only to part of the district court's production order. But the district court issued a single order, and neither the district court nor the parties distinguished deposition testimony from physical documents. The panel did not, either. The mandamus decision and its reasoning apply to the entire production order.

Therefore, the petition for rehearing is denied. The clerk shall now refer the matter to all of the active members of the court for further proceedings on the suggestion for en banc rehearing. *See* 6 Cir. I.O.P. 40(h)(2).

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk