No. 24-3654

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 21, 2025
KELLY L. STEPHENS, Clerk

IN RE: FIRSTENERGY CORPORATION,

    Petitioner.

O R D E R

**BEFORE:** SUTTON, Chief Judge; BATCHELDER and NALBANDIAN, Circuit Judges.

The court received a petition for rehearing en banc. A separate order denying panel rehearing was issued on November 6, 2025. The petition then was circulated to the full court.[*] No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk

---

[*]Judges Thapar and Hermandorfer are recused in this case.